# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 2:09-cr-04008-SRB-1 |
| PRISCILLA RAMIREZ FLORES, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Whitworth's Report and Recommendation recommending Defendant Priscilla Ramirez Flores be found competent to stand trial pursuant to 18 U.S.C. § 4241. (Doc. #167). Based on the Psychological Evaluation Report (Doc. #163) submitted by Dr. Diana Schoeller Hamilton for Defendant Flores and there being no challenge to the findings of this report by either party, the Court finds that Defendant Flores is not presently suffering from a mental disease or defect rendering her incompetent to the extent she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

After an independent and careful review of the record, and the applicable law, the Court **ADOPTS** Magistrate Judge Whitworth's Report and Recommendation (Doc. #167).

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
JUDGE STEPHEN R. BOUGH
UNITED STATES DISTRICT COURT

DATED: August 9, 2017